

**IN THE**
**TENTH COURT OF APPEALS**

---

**No. 10-22-00312-CR**

**IN RE MARLIN MAURICE NUTALL**

---

**Original Proceeding**

---

**From the 272nd District Court**
**Brazos County, Texas**
**Trial Court No. 16-04698-CRF-272-A**

---

**MEMORANDUM OPINION**

---

Relator's Original Petition for Writ of Mandamus is denied. Relator's Motion for

Leave to File a Petition for a Writ of Mandamus is denied as moot.


MATT JOHNSON
Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Mandamus denied; motion denied
Opinion delivered and filed October 12, 2022
Do not publish
[OT06]

